# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO SANTIAGO
   Plaintiff
      v.
HON. JOSE ANDREU GARCIA, et al.
   Defendants

Civil No. 98-1993(SEC)
ADA/42 U.S.C. § 1983

## ORDER

| MOTION | RULING |
|---|---|
| Docket #5<br>Motion to Add Attorney | Moot. See endorsed order of 11/12/99. |
| Docket #10<br>Motion for Non-Resident Bond | Noted. Plaintiff has posted non-resident bond of $250.00. The Court notes this fact and finds that it sufficiently complies with Local Rule 304. Posting of additional bond shall not be required. |
| Docket #11<br>Motion for Extension of Time to Answer the Complaint | Moot. |
| Docket #17<br>Motion to Strike Opposition to Motion to Dismiss | Denied. The Court shall consider said opposition, following its policy of considering issues on their merits. |
| Docket #18<br>Motion Requesting Notification of Status of Case | Denied. |
| Docket #19<br>Plaintiff's Motion Requesting Dispensation from Non-resident Bond Requirement | Moot. See order regarding Docket #10, <u>supra</u>. |
| Docket #22<br>Motion for Default Judgment | Denied. |
| Docket #25<br>Motion to Compel Plaintiff to Appear at Deposition | Granted. Plaintiff shall appear for a deposition when subpoenaed by defendants. |
| Docket #26<br>Motion to Stay Proceedings Until Posting of Non-resident Bond | Moot. See order regarding Docket #10, <u>supra</u>. |



| MOTION | RULING |
|---|---|
| Dockets #30, 34, 35<br>Motions for Reconsideration of Order Granting Leave to United States to file Amicus Curiae Brief | Denied. |
| Docket #32<br>Defendant's Notice and Motion | Denied. |
| Docket #41<br>Motion to Strike Amicus Curiae Brief | Denied. |
| Docket #42<br>Motion for Leave to File Reply to Opposition to Motion for Reconsideration | Denied. |
| Docket #61<br>Motion to Compel Discovery | Granted. Plaintiff shall comply with any notice of deposition notified by defendants and shall also comply with all discovery requests that are made in compliance with the Federal Rules of Civil Procedure. **Failure to comply may result in the imposition of sanctions, including dismissal of the complaint pursuant to Fed.R.Civ.P. 41(b).** |

DATE: August 30, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:  EOD:
By:  #

Badillo
Fernández
Capella
Segarra
Cortés
Mendoza
9/1/99