UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO SANTIAGO, M.D.
    Plaintiff
        v.                        Civil No. 98-1993(SEC)
HON. JOSE A. ANDREU GARCIA, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #9<br>Motion to Supplement Motion to Dismiss and to Join Motion | Denied. |
| Docket #31<br>Motion for Extension of Time | Moot. |
| Docket #39<br>Motion for an Initial Scheduling Conference | Denied. Once the Court has dealt with the various pending dispositive motions filed by defendants, it shall issue a Case Management Order which shall include all relevant deadlines. |
| Docket #44<br>Motion for Extension of Time | Moot. |
| Docket #47<br>Motion to Strike Amicus Curiae Brief | Denied. |
| Docket #48<br>Motion for an Order for Plaintiff to Submit Himself to a Physical Examination | Granted. The date for said examination by an audiologist shall be set for a date conforming to plaintiff's physician's recommendation in light of plaintiff's recent surgery. |
| Docket #55<br>Motion for Plaintiff to Comply with Discovery | Granted. Plaintiff shall make himself available for a deposition and a physical examination conforming to the conditions set forth regarding Docket #48, supra. |
| Docket #58<br>Motion Requesting Plaintiff Appear for a Deposition | Granted. See order regarding Docket #48, supra. |
| Docket #64<br>Motion for a Status Conference | Denied. See order regarding Docket #39, supra. |
| Docket #68<br>Motion for a Status Conference | Denied. See order regarding Docket #39, supra. |


(6)

| MOTION | RULING |
|---|---|
| Docket #70<br>Motion for a Physical Examination | Denied. See order regarding Docket #48, <u>supra</u>. |

DATE: September 28, 1999

_fr:_ SALVADOR E. CASELLAS
United States District Judge

rl #71