98-1993

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO SANTIAGO, M.D.

    Plaintiff

v.

HON. JOSE ANDREU GARCIA, et al.

    Defendants

Civil No. 98-1993(SEC)

RECEIVED & FILED SEP 3 0 1999 OFFICE CLERK, U.S. DISTRICT SAN JUAN, P.R.

## PARTIAL JUDGMENT

Pursuant to Opinion and Order of even date, plaintiff's claims against co-defendant Julio Berríos Jiménez shall be **DISMISSED**. In addition, plaintiff's claims pursuant to 42 U.S.C. § 1983 shall also be **DISMISSED**. Partial judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)