UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RAMON BADILLO SANTIAGO, M.D., PRO SE * | | APPEAL NO. |
| Plaintiff * | | |
| vs. * | | CASE NO. 98-1993(SEC) |
| HON. JOSE ANDREU GARCIA, in his official * capacity as Administrador del Sistema Judicial, LCDA. MERCEDES M. BAUERMEISTER, in * her official capacity as Directora de la Administración de Tribunales de Puerto Rico, * WILFREDO GIRAU TOLEDO, in his official capacity as Director de la Autoridad de * Edificios Públicos * | | |
| COMMONWEALTH OF PUERTO RICO, represented by the Secretary of Justice of * Puerto Rico JOSE FUENTES AGOSTINI, included in his official capacity * | | |
| JUDGE JULIO BERRIOS JIMENEZ, in his * official and personal capacity * | | |
| Defendants | | |

**************************************************************

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given pursuant to Rule 3 of the Federal Rules of Appellate Procedure that José Andreu García and Mercedes M. Bauermeister ("Bauermeister"), co-defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the First Circuit the Opinion and Order of the United States District Court for the District of Puerto Rico of September 30, 1999, entered on September 30, 1999 denying

FEE: PENDING
CCA 10/14/99



2

codefendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED.

WE HEREBY CERTIFIED that on this same date a copy of this document has been served by mail to Ramón Badillo Santiago, M.D., 20 Cranford St., Forest Hills, New York, N.Y 11375; Marie L. Cortés Cortés, Esq., Federal Litigation Division, Department of Justice, PO Box 9020192, San Juan, PR 00902-0192; Harry R. Segarra Arroyo, Esq., Flamingo Professional Building, 1311 Ponce de León Avenue, Suite 306, San Juan, PR 00907; José S. Dapena Thompson, Esq., #32 Isabel Street, Ponce, PR 00733; Lilliam E. Mendoza Toro, Esq., Assistant U.S. Attorney, Room 452, Federal Building, 150 Carlos Chardón Ave., Hato Rey, PR 00918.

In San Juan, Puerto Rico, this 11 day of October, 1998.

DELGADO, FERNANDEZ & RODRIGUEZ, LLP

By: _____
ALFREDO FERNANDEZ MARTINEZ
USDC-PR #210511
Union Plaza Bldg., Suite 600
416 Ponce de León Ave.
San Juan, PR 00918
Tel. 274-1414 - Fax: 764-8241