UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO SANTIAGO
   Plaintiff(s)
        v.                Civil No. 98-1993(SEC)
HON. JOSE ANDREU GARCIA
   Defendant(s)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #79** <br> **Notice to the Court** | Noted. |
| **Docket #80** <br> **Motion for an Extension of Time** | Granted. Deadline extended as requested until November 4, 1999. |

DATE: October 18, 1999

SALVADOR E. CASELLAS
United States District Judge

