IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO, M.D. *
　　　　　　　　　　　　　　　　*
　　Plaintiff　　　　　　　　　　*
　　　　　　　　　　　　　　　　*   **Civil No. 98-1993 (SEC)**
　　v.　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
HON. JOSE ANDREU-GARCIA, et. al. *
　　　　　　　　　　　　　　　　*
　　Defendants　　　　　　　　　*
*************************************

### ORDER

Pending are attorneys Marc P. Charmatz and Mary C. Vargas motions for admission *pro hac vice* (**Docket # 81**). Counsel appear to comply with all the requirements for admission pursuant to Local Rule 204. However, they have failed to comply with the requirement issued in a notice to counsel and to the public on May 27, 1997. This notice reads:

> Attorneys appearing *pro hac vice* must comply with the provisions set forth in Local Rule 204 of the Local Rules for the District of Puerto Rico, and pay one hundred and fifty dollars ($150.00) per appearance in each new case before this Court.

Accordingly, we **ORDER** attorneys Charmatz and Vargas to comply with this requirement within **ten (10) days** of this order. Upon compliance, we will reconsider their petition for admission *pro hac vice*.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev 8/82)