## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAMÓN BADILLO-SANTIAGO             *
                                    *
        Plaintiff                   *
                                    *       **Civil No. 98-1993(SEC)**
        v.                          *
                                    *
HON. JOSE ANDREU-GARCÍA, et. als.   *
                                    *
        Defendants                  *
*************************************

## ORDER

Before the Court are attorneys Marc P. Charmatz and Mary C. Vargas' application for admission *pro hac vice* (**Docket # 81**), and motion in compliance with Local Rule 204 (**Docket #91**). The Court has reviewed the application and motion in compliance and finds them in accordance with Local Rule 204. A check in the amount of one hundred and fifty dollars ($150.00) for each applicant has been deposited with the Clerk of the Court.

Pursuant to the above, attorneys Charmatz and Vargas' motion for admission *pro hac vice* (**Docket #81**) is **GRANTED**. Accordingly, it is hereby **ORDERED** that attorney Marc P. Charmatz and Mary C. Vargas be admitted to appear *pro hac vice* as attorneys of record in this matter on behalf of plaintiff Ramón Badillo-Santiago.

**SO ORDERED.**

In San Juan, Puerto Rico, on November *23*, 1999.

SALVADOR E. CASELLAS
United States District Judge



10
AO 72A
(Rev. 8/82)