ENTERED ON DOCKET
12/20/99 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMÓN BADILLO-SANTIAGO

Plaintiff

v.   Civil No. 98-1993(SEC)

HON. JOSÉ ANDREU-GARCÍA, et. al.

Defendants

**JUDGEMENT**

Pursuant to this Court's Opinion and Order of this same date, all of plaintiff's claims against co-defendant Hon. José Fuentes-Agostini either personally or in his official capacity are **DISMISSED**. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)