IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAMON BADILLO SANTIAGO, M.D. | Civil No. 98-1993(SEC) |
| Plaintiff | |
| vs. | RECEIVED & FILED (Filing Drop Box) |
| HON. JOSE ANDREU GARCIA, et al., | JAN 18 2000 |
| Defendants | CLERK'S OFFICE US DISTRICT COURT Hato Rey, Puerto Rico |

### NOTICE OF APPEAL

Notice is hereby given pursuant to Rule 3 of the Federal Rules of Appellate Procedure that the Plaintiff in the above-captioned matter, Dr. Ramon Badillo Santiago, hereby appeals the Opinion and Order of the United States District Court for the District of Puerto Rico of December 20, 1999, entered on December 20, 1999. Dr. Badillo Santiago hereby appeals to the United States Court of Appeals for the First Circuit.

Respectfully submitted,

*[signature]*

Pedro E. Purcell Ruiz, Esq.
USDC #111510
117 Eleanor Roosevelt, Suite 200
San Juan, PR 00918-3117
Tel. 753-7750
Facsimile 759-6768

RECEIPT # 60923
AMOUNT: 105.00