UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO
   Plaintiff
       v.                         Civil No. 98-1993(SEC)
HON. JOSE ANDREU-GARCIA, et. al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #46<br>United States' Motion to Quash Subpoena | Moot. |
| Docket #57<br>Motion for Order Compelling an Answer | Moot. |
| Docket #66<br>Motion to Request Status, etc. | Denied. |

DATE: March 20, 2000

SALVADOR E. CASELLAS
United States District Judge

