IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 15, 2000

RAMON BADILLO-SANTIAGO

    Plaintiff

vs.   CIVIL NO. 98-1993 (SEC)

HON. JOSE ANDREU GARCIA, et al

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon parties' request and by Order of the Court, **a Status Conference** is hereby set for **May 24, 2000 at 10:00 a.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk