# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO, M.D.
   Plaintiff

v.                                  Civil No. 98-1993(SEC)

HON. JOSE ANDREU-GARCIA, et. al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #87**<br>Motion Requesting Reconsideration, etc. | Denied. |
| **Docket #94**<br>Motion for Instruction(s) | **Noted.** The Court set a status conference to be held in Chambers on **May 24, 2000, at 10:00 a.m.** At that time, counsel may request any instructions on the procedures before the Court. |
| **Docket #96**<br>Urgent Motion Requesting a Status Conference, Stay of the Proceedings and Extension of Time to Comply with Case Management Order | **Granted** in regards to the request for a status conference. (See above). The request for a stay is **DENIED** since the appeals were dismissed. See Dockets 105, 107, 108, 109, 110. However, **the deadlines previously established by the Court in the Case Management Order, (Docket #75), are hereby SET ASIDE** until the Court holds the status conference. |
| **Docket #112**<br>Notice and Motion for a Protective Order | **Noted.** The parties shall cooperate in discovery pursuant to Local Rule 311(11). |
| **Docket #116**<br>Motion to Withdraw Legal Representation | Granted. |
| **Docket #118**<br>Motion for an Extension of Time | **Granted, until June 12, 2000.** However, no more extensions will be granted to oppose defendants' motion requesting clarification. |

DATE: May 18, 2000

                                        SALVADOR E. CASELLAS
                                        United States District Judge

