# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| CIVIL CASE NO: **98-1993(SEC)** | DATE: May 24, 2000 |
|---|---|
| RAMÓN BADILLO-SANTIAGO, M.D. | Attorneys: |
| Plaintiff | Pedro E. Purcell-Ruiz, Esq. |
| v. | |
| HON. JOSÉ ANDREU-GARCÍA, et. al. | Gustavo A. Gelpí, Esq. |
| | Carlos Lugo-Fiol, Esq. |
| Defendants | Alfredo Fernández-Martínez, Esq. |

## STATUS CONFERENCE

At the status conference held today, the parties discussed the possibility of settlement of the remaining claims in this case. Accordingly, the Court provided the parties **until August 15, 2000** to submit a stipulation for settlement and move for the voluntary dismissal of this case.

SALVADOR E. CASELLAS
U.S. District Judge

