IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO, M.D.
   Plaintiffs
        v.                Civil No. 98-1993(SEC)
HON. JOSE ANDREU-GARCIA, et. al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #114**<br>**Informative Motion and Requesting Clarification** | **Denied**, for the reasons set forth in Plaintiff's objection, **(Docket #124)**, in so much as the parties are currently pursuing settlement negotiations within the parameters discussed at the status conference held on May 24, 2000. (Docket #123, Minutes of Proceedings). However, this order does not preclude any future filing of a motion to dismiss or for summary judgment on other grounds. |

DATE: June 15, 2000

SALVADOR E. CASELLAS
United States District Judge

