UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMÓN BADILLO-SANTIAGO, M.D.
    Plaintiff
        v.                       Civil No. 98-1993(SEC)
HON. JOSÉ ANDREU-GARCÍA, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #126**<br>**Motion to Compel** | The motion to compel is **DENIED** at this stage. However, a few things are worth mentioning. First, the Court was under the impression that this case was going to be settled pursuant to the parameters discussed by the parties at the May 24, 2000 status conference. However, as it appears that the parties were not able to reach a settlement at this time, the Court will issue an amended timetable for the Case Management Order. **The parties shall make every effort to cooperate with discovery pursuant to the deadlines established by the Court.** In fact, the Court <u>will not</u> grant any further extensions of time other than the ones already provided for through the amended timetable. Uncooperative parties will be exposed to the imposition of sanctions under Local Rule 114 and Fed.R.Civ.P. 37.<br>    Second, the Court notes that in spite of all the things that have transpired, this case appears to be at the baby stage. A review of the record reveals that the plaintiff failed to take advantage of the opportunity to file an amended complaint within the parameters of the May 16, 2000 Opinion and Order. <u>See</u> Dkt. #121 at 7. Moreover, the Court notes that the Defendants have also failed to file their answers to the original *pro se* complaint. Therefore, the Court will provide in its timetable for a deadline to file an amended complaint strictly within the parameters of the September 30, 1999 Opinion and Order, (Docket #73), the Partial Judgement entered on the same date, (Docket #74), the Opinion and Order of December 16th, 1999, (Docket #99), the Partial Judgment of even date, (Docket #100), and the Opinion and Order of May 16, 2000, (Docket #121). Furthermore, Defendants will be provided with a deadline to file their answers to the complaint. Afterwards, discovery shall be conducted pursuant to the Court's amended timetable which is attached to this Order. |

DATE: August 11, 2000

SALVADOR E. CASELLAS
United States District Judge



*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF PUERTO RICO*

RAMON BADILLO-SANTIAGO, M.D.
Plaintiff

v.                                   **CIVIL NO. 98-1993(SEC)**

HON. JOSE ANDREU-GARCIA, et. al.
Defendants

# CASE MANAGEMENT ORDER
## *Amended Standard Track*
### SUMMARY

| DEADLINE | MILESTONE |
| --- | --- |
| August 18, 2000 | Objections to deadlines |
| August 25, 2000 | File an amended complaint within the parameters established by the Court. |
| September 8, 2000 | Answers to the complaint, Conclusion of pleadings stage |
| September 15, 2000 | Filing of Discovery Plan |
| October 13, 2000 | Joint Case Management Memorandum due Completed consent form due (for cases to be tried by a Magistrate Judge) |
| October 20, 2000 | Motions to Dismiss |
| To be set by the Court | Case Management and Settlement Conference |
| December 15, 2000 | Conclusion of discovery |
| January 19, 2001 | Motions for Summary Judgment |
| February 16, 2001 | Pretrial Order |
| Anytime after February 23, 2001 | Pretrial and Settlement Conference |
| Anytime after the Pretrial and Settlement Conference* | Trial |

\* The case will be placed on the Court's trial-ready calendar, as explained in the Case Management Order.