IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Ramón Badillo-Santiago*
Plaintiff(s)

v.

*Hon. José Andreu-García, et al.*
Defendant(s)

Civil No. 98-1993(SEC)

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
00 SEP -5 AM 7:28

## DESCRIPTION OF MOTION

DATE FILED: 8/25/00   DOCKET #: 129   TITLE: Motion Requesting Leave to File Amended Complaint

[X] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED           [ ] DENIED

[ ] NOTED             [ ] MOOT

## COMMENTS

_____
31/VIII/00
DATE

_____
SALVADOR E. CASELLAS
United States District Judge