

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO SANTIAGO, M.D.
    Plaintiff
           v.                      Civil No. 98-1993(SEC)
HON. JOSE ANDREU GARCIA, et. al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #135**<br>**Motion to Partially Strike Amended Complaint** | **Granted.** The Court's intention in granting leave to amend the complaint was to clarify the record, not to allow the addition of new causes of action. See **Dockets # 121, 127**. Plaintiff's belated claims under section 504 of the Rehabilitation Act **are hereby stricken** from the record. The case shall proceed only in regards to Plaintiff's claims pursuant to the Americans with Disabilities Act, ("ADA"). |

DATE: September *13*, 2000

                                            SALVADOR E. CASELLAS
                                            United States District Judge

