UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO, M.D.
    Plaintiff
        v.                Civil No. 98-1993(SEC)
HON. JOSE ANDREU-GARCIA, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #136<br>Motion Joining Commonwealth of Puerto Rico's Motion to Partially Strike Amended Complaint | Moot. |
| Docket #140<br>Plaintiff's Motion | **Denied.** |
| Docket #141<br>Motion for Judicial Notice | Noted. |
| Docket #146<br>Motion Requesting Leave to File Opposition | Granted. |
| Docket #148<br>Motion to Dismiss | **Denied without prejudice.** The Defendants' are hereby **ORDERED** to resubmit their motion to dismiss in light of the Supreme Court's Opinion in <u>Bd. of Tr. of the Univ. of Alabama</u> v. <u>Patricia Garret</u>, __ S.Ct. __, No. 99-1240, 2001 WL 167628 (U.S. Feb. 12, 2001), **by March 26, 2001.** |
| Docket #149<br>Motion for an Extension of Time | Moot. |
| Docket #150<br>Motion Joining Motion to Dismiss Filed by Commonwealth of Puerto Rico | Moot. |
| Docket #151<br>Plaintiff's Response to Defendants' Request for Dismissal | Noted. |
| Docket #152<br>Plaintiff's Motion for Certification | **Denied without prejudice.** <u>See</u> above (ruling on Docket # 148). |




Civil No. 98-1993(SEC) 2

| MOTION | RULING |
|---|---|
| **Docket #155**<br>**Informative Motion** | **Noted.** The Court has taken notice of the Puerto Rico Court of Appeals ruling, however it warns Plaintiff that such ruling is not controlling on the issues that this Court alone is entrusted to decide. If anything, the Puerto Rico Court of Appeals decision is illustrative of the efforts the Commonwealth Courts are making to provide Plaintiff with a public accommodation for his disability. |
| **Docket #158**<br>**Motion for Withdrawal of Legal Representation and for a Temporary Stay of Proceedings** | Counsel's request to withdraw from the case is **GRANTED.** The request for a temporary stay is **MOOT.** |
| **Docket #159**<br>**Notice and Motion for a Protective Order** | Moot. |
| **Docket #160**<br>**Motion Requesting Extension of Time** | Moot. |

DATE: March 6, 2001

SALVADOR E. CASELLAS
United States District Judge

