UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 MAY -7 AM 11: 50

RAMON BADILLO-SANTIAGO, et. al.
    Plaintiff(s)
        v.        Civil No. 98-1993(SEC)
HON. ANDREU GARCIA, et. al.
    Defendant(s)

## ORDER

| MOTION | RULING |
|---|---|
| Docket #165<br>**Urgent Informative Motion and Request for Extension of Time to File Proper Documents** | Granted. |
| Docket #166<br>**Motion for Certification** | Granted. The Clerk of the Court shall certify to the United States Attorney's Office pursuant to Fed.R.Civ.P. 24(c) and 28 U.S.C. § 2403 that the defendants in this case, representing the Commonwealth of Puerto Rico, have questioned the constitutionality of Title II of the Americans with Disabilities Act as applied to the facts of this case, in light of <u>Bd. of Tr. of the University of Alabama</u> v. <u>Garrett</u>, 121 S.Ct. 955 (2001). A copy of Docket # 164 shall be forwarded to the U. S. Attorney's Office along with the notification. The U.S. Attorney shall file their intervention within twenty days of entry on the docket of this Order. |

DATE: ~~April~~ May 4, 2001

SALVADOR E. CASELLAS
United States District Judge

S/C: AUSA w/copy of #164