UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO
   Plaintiff
          v.                    Civil No. 98-1993(SEC)
JOSE ANDREU-GARCIA, et. al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #173<br>Notice and Motion | Granted. |
| Docket #174<br>Second and Final Request for Extension of Time | Granted, until June 14, 2001. |
| Docket #175<br>Motion for Extension of Time | Granted, until June 29, 2001. |

DATE: June //, 2001

SALVADOR E. CASELLAS
United States District Judge

