IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: July 11, 2001

RAMON BADILLO-SANTIAGO　　*
　　　　　　　　　　　　　　*
　　Plaintiff　　　　　　　*
　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　*　　CIVIL NO. 98-1993 (SEC)
　　　　　　　　　　　　　　*
HON. JOSE ANDREU GARCIA, et al*
　　　　　　　　　　　　　　*
　　Defendants　　　　　　　*
　　　　　　　　　　　　　　*
*******************************

　　Upon parties' request and by Order of the Court, **a Settlement Conference** is hereby set for **August 9, 2001 10:00 a.m.**

　　This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk


