IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: August 1, 2001

```
RAMON BADILLO-SANTIAGO          *
                                *
        Plaintiff               *
                                *
vs.                             *        CIVIL NO. 98-1993 (SEC)
                                *
HON. JOSE ANDREU GARCIA, et al  *
                                *
        Defendants              *
                                *
*******************************
```

By Order of the Court, **Settlement Conference** set for **August 9, 2001 is hereby reset for August 21, 2001 at 10:00 a.m.**

This proceeding will be held before Honorable Salvador E. Casellas.



Kim Flores
Courtroom Deputy Clerk



