IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: August 8, 2001

RAMON BADILLO-SANTIAGO

    Plaintiff

vs.                                CIVIL NO. 98-1993 (SEC)

HON. JOSE ANDREU GARCIA, et al

    Defendants

*******************************

Upon defendants' request and by Order of the Court, **Settlement Conference** set for **August 21, 2001 is hereby continued sine die.**

Kim Flores
Courtroom Deputy Clerk

