UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO, M.D.
    Plaintiff
        v.                      Civil No. 98-1993(SEC)
HON. JOSE ANDREU-GARCIA, et. al.
    Defendants



## ORDER

| MOTION | RULING |
| --- | --- |
| Docket # 147<br>Opposition to Motion for Judicial Notice and/or Request for Dismissal | Defendant's opposition is **NOTED**. The request for dismissal is **DENIED**. The Court has taken notice of that ruling, but it is aware that the Circuit Court's opinion is not determinative for this case. |
| Docket # 163<br>Motion to Withdraw as Counsel of Record | Granted. |
| Docket # 169<br>Motion Requesting Extension of Time | Moot. |
| Docket # 171<br>Motion Requesting Leave to File Reply | Denied. |
| Docket # 177<br>Motion Requesting Final Extension of Time to Comply with Court's Order | Moot. |

DATE: September 27, 2001

SALVADOR E. CASELLAS
United States District Judge