IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO, *
                        *
   Plaintiff            *
                        *    Civil No. 98-1993(SEC)
   v.                   *
                        *
HON. JOSE ANDREU-GARCIA, et. al. *
                        *
   Defendants           *
************************************

**JUDGMENT**

Pursuant to an Opinion and Order of even date, the Court declared itself without jurisdiction to consider the merits of this case. Accordingly, the case is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of September, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)