IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON BADILLO-SANTIAGO

    Plaintiff                CIVIL NO. 98-1993(SEC)

VS

HON. JOSE ANDREU-GARCIA,
ET ALS

    Defendants

---

## NOTICE OF APPEAL

Notice is hereby given pursuant to Rule 3 of the Federal Rules of Appellate Procedure that the Plaintiff in the above captioned matter, Dr. Ramón Badillo Santiago, hereby appeals the Opinion and Order of the United States District Court for the District of Puerto Rico of September 27, 2001, entered on September 28, 2001, granting motions to dismiss filed by the Commonwealth of Puerto Rico and by co-defendants Hon. José Andreu García and Mercedes M. Bauermeister. Dr. Badillo Santiago hereby appeals to the United Stated Court of Appeals for the First Circuit.

    Respectfully submitted.

PEDRO E. PURCELL-RUIZ
USDC #111510
Tres Ríos Building
27 Ave. González Giusti
Suite 300 San Patricio
Guaynabo, PR 00969
Tel. (787) 753-7750
Fax (787) 759-6768

MARC P. CHARMATZ
Maryland Bar No. 09358
MARY C. VARGAS, Maryland Bar No. 14135
KIM WHITE, Law Student Intern
The National Association of the Deaf
  Law Center
814 Thayer Ave.
Silver Spring, Maryland 20910
Tel. (301) 587-7731
Fax (301) 587-0234
Counsel for Plaintiff

3

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2001, a copy of the foregoing Notice of Appeal was sent by regular mail to the following counsel:

Marie L. Cortés Cortés
Department of Justice
Federal Litigation Division
PO Box 9020192
San Juan, Puerto Rico 00902-0192

Lisa E. Bhatia Gautier
Asistant U.S. Attorney
Room 452
Federal Building
150 Chardón Street
San Juan, Puerto Rico 00918

Alfredo Fernández Martínez
Union Plaza Building
Suite 316
Ponce de León Avenue
San Juan, Puerto Rico 00918

Roberto Ariel Fernández
Lespier & Muñoz Noya
PO Box 364428
Ssn Juan, Puerto Rico 00936-4428

PEDRO E. PURCELL RUIZ