UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BADILLO SANTIAGO**<br><br>Plaintiff<br><br>V.<br><br>**ANDREU-GARCIA, et als.**<br><br>Defendants | CIVIL ACTION<br><br>CASE NUMBER: 3:98-cv-01993 (SEC)<br><br>TRIAL BY JURY REQUESTED |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

   **COMES NOW** defendant, **PUBLIC BUILDING AUTHORITY - "AUTORIDAD DE EDIFICIOS PUBLICOS"**, through the undersigned counsel, and respectfully submits this motion as follows:

   1. The undersigned attorneys have been assigned to appear on behalf of the appearing defendant as their legal representatives in the above-captioned case.

   2. Thus, defendant respectfully request this Honorable Court allow the undersigned legal representation, and that it notifies all documents to the address indicated in the undersigned signature.

   **WHEREFORE** Defendant respectfully request this Honorable Court to take notice of the above.

   **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on September 7, 2004.

**WE HEREBY CERTIFY** that on September 7, 2004 we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys, Marc P. Charmatz, Esq. and Mary C. Vargas, Esq.; Pedro E. Purcell-Ruiz, Esq.; Alfredo Fernández-Martínez, Esq., and Alfredo Fernández Martínez, Esq.; and Evelyn Quiñones, Esq.; Carlos Lugo-Fiol, Esq. and Harry R. Segarra-Arroyo, Esq.; Paul B. Smith, Esq.; Salvador J. Antonetti-Stutts, Esq.; Carmelina Fernández-Romeo, Esq.

S/EDA MARIEL AYALA MORALES
USDC-PR 217408
**EDA MARIEL AYALA MORALES**
**LESPIER & MUÑOZ-NOYA**
PO Box 364428
San Juan, PR 00936-4428
Tel. (787) 721-6166
Fax. (787) 725-8645
E-mail: mayala@lmnlaw.com