# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

CIVIL CASE NO: 98-1993**(SEC)**                    DATE: September 8, 2004

| | |
|---|---|
| RAMON BADILLO SANTIAGO<br><br>Plaintiffs<br><br>v.<br><br>JOSE A. ANDREU GARCIA, et als.<br><br>Defendants | Attorneys:<br>Pedro E. Purcell Ruiz, Esq.<br><br><br><br>Alfredo Fernández Martínez, Esq.<br>Eda Mariela Ayala Morales, Esq. |

## STATUS CONFERENCE

A status conference was held in Chambers today with counsel for Plaintiff and Defendants present. The case was discussed, in particular, its already manifest impact on the technology available in the local courts.

In light of the First Circuit's pronouncements regarding the merits of Plaintiff's claims, the Court inquired as to Plaintiff's interest in continuing litigating the matter. Counsel for Plaintiff agreed to discuss the same with Plaintiff as well as the National Association of the Deaf Law Center which has spearheaded Plaintiff's claims.

The Court gave Plaintiff's counsel until **September 23, 2004** to file an informative motion regarding Plaintiff's interest in continuing with the case.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. District Judge