# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BADILLO SANTIAGO,

   Plaintiff,

          v.

ANDREU GARCIA, et al.,

   Defendants.

Civil No. 98-0193 (SEC)

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

    **COME NOW**, the Commonwealth of Puerto Rico, through the undersigned attorney, and respectfully aver and pray as follows:

1. The above captioned case was recently assigned to the undersigned attorney, Maria Judith Surillo, who is hereby assuming the legal representation of the appearing defendant.

2. The undersigned attorney reviewed PACER and noticed that a status conference was held in Chambers on September 8, 2004. The undersigned apologizes for not attending.

    **WHEREFORE**, the undersigned attorney respectfully request that this Honorable Court and all other parties concerned take notice of the above.

    **I HEREBY CERTIFY** that on this day this document was filed using the CM/ECF electronic system that will automatically send an electronic notification to: **Pedro E. Purcell, Esq.,** P.O. Box 192548, San Juan, PR 192548; **Alfredo Fernandez-Martinez, Esq.,**

Delgado & Fernandez, Union Plaza, 416 Ponce de Leon, Suite 600, San Juan, PR 00918, and

**Ada Mariela Ayala Moraes, Esq.,** Lespier, Muñoz Noya & Rivera, P. O. Box 364428, San Juan, PR 00936-4428.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this 10th day of September 2004.

        **WILLIAM VAZQUEZ IRIZARRY**
        Secretary of Justice

        **ARLENE GARDON**
        Deputy Secretary of Justice
        In Charge of Litigation

        S/Maria Judith Surillo
        **MARIA JUDITH SURILLO**
        USDC-PR 213714
        Department of Justice
        Federal Litigation Division
        P.O. Box 9020192
        San Juan, Puerto Rico 00902-0192
        Tel. 721-5636 Fax: 723-9188